May 19, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

PRABHAKAR GUNIGANTI, INDIVIDUALLY, THE GUNIGANTI
CHILDREN'S 1999 TRUST, AND TRIPLE PG SAND DEVELOPMENT, LLC,
Appellants

NO. 14-14-00224-CV                          V.

C & S COMPONENTS COMPANY, LTD., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, C&S Components Company, LTD., signed January 2, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to state that no privity of contract existed between C&S Components Company, LTD. and the Guniganti Children's 1999 Trust at the time the lien was filed and therefore C&S Components Company, LTD. was not entitled to a lien against the Guniganti Children's 1999 Trust's property.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellants, Prabhakar Guniganti and Triple PG Sand Development, LLC, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.